RMY: USAO# 2008R00706

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 JUN -9  P 3: 06

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. WMN-10-0309 |
| | * | |
| EDWARD CROSSLAND | * | (Mail Fraud, 18 U.S.C. § 1341) |
| | * | |
| Defendant | * | |

*******

### INFORMATION

The United States Attorney for the District of Maryland charges:

### Introduction

At all times relevant to this Information:

1. Defendant **EDWARD CROSSLAND** resided in Cumberland, Maryland.

2. Defendant **EDWARD CROSSLAND** was a licensed estates and trusts attorney.

### The Scheme to Defraud

5. From on or about April 21, 2008 and continuing until on or about June 30, 2008, in the District of Maryland and elsewhere, the defendant,

**EDWARD CROSSLAND,**

knowingly and willfully devised and intended to devise a scheme and artifice to defraud credit card companies as well as the estate of his deceased client, "R.K.," and to obtain money and property by

-1-

means of materially false and fraudulent pretenses, representations and promises ("the scheme to defraud").

### Object of the Scheme to Defraud

6. It was the object of the scheme to defraud that the defendant, **EDWARD CROSSLAND**, would represent himself to credit card companies as "R.K." in order to add himself as an authorized user on R.K.'s credit cards for the purpose of using the cards to obtain items of value for his personal use.

### Manner and Means

7. It was part of the scheme to defraud that the defendant, **EDWARD CROSSLAND**, took a number of credit cards belonging to his recently deceased client "R.K." into his possession.

8. It was further a part of the scheme to defraud that the defendant, **EDWARD CROSSLAND**, accessed the website belonging to American Express and falsely represented himself to be R.K. for the purpose of adding himself as an "authorized user" on R.K.'s American Express credit card.

9. It was further a part of the scheme to defraud that the defendant, **EDWARD CROSSLAND**, called Citibank, represented himself to be RK, and attempted to add himself as an authorized user on RK's Citibank Mastercard account.

10. It was further a part of the scheme to defraud that the defendant, **EDWARD CROSSLAND**, also changed the address associated with RK's credit card accounts to **CROSSLAND**'s law firm address.

### The Charge

11. On or about April 21, 2008, in the District of Maryland, the defendant,

**EDWARD CROSSLAND,**

for the purpose of executing and attempting to execute the scheme to defraud, did knowingly cause to be delivered by United States mail, to and according to the direction thereon, mail matter, that is, a new credit card, bearing the defendant's name and RK's American Express account number, was sent to defendant **EDWARD CROSSLAND** at his law firm address in Cumberland Maryland.

18 U.S.C. § 1341

*Rod Rosenstein* /RMY
Rod J. Rosenstein
United States Attorney